# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both
adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Hyacinth Joyce Simms                                    Bankruptcy Case No.: 1−23−40070−nhl

Hyacinth Joyce Simms

                                          Plaintiff(s),

−against−                                                     Adversary Proceeding No. 1−23−01070−nhl

JP MORGAN CHASE BANK N.A.
Tower Group Inc.
Morant Insurance Agency
Affiliated Adjustment Group, Ltd.
Assurant Property Advantage
Assurant Specialty Property
MSW Adjustment Group
DG Customs Built Homes & Remodeling
Solutions Group
C.J. Rubio & Company, Inc.

                                            Defendant(s)

## SUPPLEMENTAL SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
| --- |
| **United States Bankruptcy Court** <br> **271−C Cadman Plaza East, Suite 1595** <br> **Brooklyn, NY 11201−1800** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| **Karamvir Dahiya** <br> **Dahiya Law Offices LLC** <br> **75 Maiden Lane** <br> **Ste 606** <br> **New York, NY 10038** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Location:** <br> **United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3577 − 3rd Floor, Brooklyn, NY 11201−1800** | **Date and Time:** <br> **December 12, 2023 at 02:30 PM** |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR
CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT

MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: October 23, 2023					Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 05/27/2016]