EXHIBIT 1

A08/6473 HYACINTH SIMMS FIRE 8/22/2008

| Claim # | Date of loss | Date Opened | Adjuster | Type of loss | Client Info | Ms. Hyacinth Simms |
|---|---|---|---|---|---|---|
| A08-6473 | 8/22/08 | 8/26/08 | Jarrod Fischer | Fire | | Ms. Hyacinth Simms |

**ASSD** Hyacinth Simms

AMA -914-872-8738

**LOC** 624 Powells Lane, Westbury, NY 11590

(F) -718-859-5833

ADDRESS: 624 Powells Lane, Westbury, NY 11590
OFFICE #: 718-859-5800
MOBILE #: 646-387-0605
FAX #:
HM:
EMAIL:

**ADJ** Mr. Ken Stevenson
MSW Adjusting Group
307 7th Ave., Ste 1004
New York, NY 10001
Ph: (646) 336-9380
Fax: 646b 336 9383
Cell: (646) 336-9382 voicemail
Email: kstevenson@mswclaims.com

AT LOSS CONTACT:
Hyacinth Simms
Phone: 718-859-5800
Fax:
Mobile: 646-387-0605
Pager:

**BKR** MORANT INS
BX NY

Phone CO:
Fax: GMAIL
Cell:
Home: HYASIMMS
Email: @HOTMAIL.COM

Occupancy: Residential
DATE OF MEETING:

**SOURCE** Safeguard Board Up

Other Contacts
First/Last ........ Office/Cell/Res
UTILITY
STUY

Tower Insurance Company x52081     PL# HOP2125321
Agent:                                Inception 9/20/2007  Ins Tk#
Claims:Ms. Joann Peterson 212-655-2000 x___   Expiration 9/20/2008

CLM # H081761

ENSERIO = 1888 567 7557

Tower Insurance Company
BUILDING - 425,000.00    Ded: 1,000.00
Co-Ins     Notes

CONTENTS - 212,500.00    Ded:
Co-Ins     Notes

ADDL LIVING EXPENSE - 85,000.00    Ded:
Co-Ins     Notes

**MSW ADJUSTMENT GROUP, INC.**
307 SEVENTH AVENUE, SUITE 1004, NEW YORK, NY 10001
TEL: (646) 336-9382 • FAX: (646) 336-9383
e-mail: kstevenson@mswclaims.com
web: www.mswclaims.com

KENNETH STEVENSON
PARTNER

UCTIONS BY ADJ.

CS 13/12

| | | |
|---|---|---|
| Grand Total Replacement Cost Building | | 345,322.89 |
| Less Recoverable Depreciation | 275,912.96 | 62,312.75 |
| Less Non Recoverable Depreciation (Carpet & Appliances) | | 3,319.00 |
| | 85,770.93 | 279,691.14 |
| Less Policy Deductible | | 1,000.00 |
| | | 278,691.14 |
| Less Cinco Boarding | | 1,167.00 |
| Less All City Winterization | 139,942.04 | 1,031.94 |
| Less All City Emergency Services | | 2,607.92 |
| Less Nicholas Electric Temporary Lighting | +3500 BRDS | 1,087.00 |
| Less Advance Given | | 278,797.28 |
| Building Collectible at this Time | 174,344.04 | 20,000.00 |

ASSD.:
CO.:
EN FILED:
ENT        INV. SENT

$258,797.28

Mull BLD  20000.00
CTS       30,000.00
ALE       15,000.00 + 20,000      ALE 85,000

**AAG Fee:** 7%

| TYPE | Total Adv | Date received | AAG Fee Final | Total | BROKER: Date Paid | Amt Paid |
|---|---|---|---|---|---|---|
| BUILDING | | 11-25-08 | 549.40 | | 11-25-08 J.F | 179.82 |
| CONTENTS | | 8-18-09 | 19095.80 | | 8-18-09 J.F | 3205.06 |
| ADDL LIVING EXPENSE | | 1-8-10 | 5950.— | | 12-16-09 J.F | 1785.— |
| | | 3-31-10 | 10040.42 | | 3-31-10 J.F | 1851.13 |

PAID

**Services**

| Vendor | Service | Date Paid | Amt Paid |
|---|---|---|---|
| Affiliated Adjustment Group | inventory service | | |
| VFC Services | builder | 8-18-09 | |
| Russo Consultants, Ltd. | Consultant | | 2090.97 |

AFFILIATED ADJUSTMENT GROUP, LTD.
3000 Marcus Avenue, St # 1E6  Lake success, NY-11042
TEL: 516 352-1400 — 212 513-7979 — FAX