# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> HYACINTH SIMMS, <br>          Plaintiff, <br> -against- <br><br> JPMORGAN CHASE BANK, TOWER GROUP, INC.; MORANT INSURANCE AGENCY INC.; AFFILIATED ADJUSTMENT GROUP LTD; ASSURANT PROPERTY ADVANTAGE AKA ASSURANT SPECIALTY PROPERTY'S LENDING; SOLUTIONS GROUP; C.J. RUBINO & COMPANY, INC.; MSW ADJUSTMENT GROUP, INC.; DG CUSTOM BUILT HOMES & REMODELING, <br><br>          Defendants. | Bankruptcy Case No. 1:23-40070-nhl <br><br> Adv. Proc. No. 1:23-01070-NHL <br><br> **NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE**, that Daniel A. McFaul, Jr., an attorney with the law firm, L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P., hereby appears in this action on behalf of Defendant Affiliated Adjustment Group Ltd.

Dated: Melville, New York
    November 28, 2023

          L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P.
          Attorneys for Defendant Affiliated Adjustment Group Ltd.

          By: _____
          Daniel A. McFaul, Jr. (DM-2855)
          3 Huntington Quadrangle, Suite 102S
          Melville, New York 11747
          (516) 294-8844
          dmcfaul@lbcclaw.com