# *EXHIBIT "E"*



| ClaimInformation |||
|---|---|---|
| **Insured** | **Claim Number** | **MSW File Number** |
| Hyacinth J. Simms | HO81761 | 08237-01 |

| ActivityNotes ||||| 
|---|---|---|---|---|
| **Date** | **Activity** | **Time** | **Expense** | **Code** |
| 8/24/2008 | rcsw J. Tippet from Tower. Discussed loss. | 0.1 | | |
| | r/r email of loss | 0.1 | | |
| | pclm w/ insured. | 0.1 | 0.35 | Phone |
| | rcsw insured. Set appointment. | 0.3 | | |
| | email to Tower | 0.1 | | |
| | inspection | 3.5 | 28.00 | Mileage |
| 8/25/2008 | create pdf of pics | 0.1 | | |
| | email to JT | 0.3 | | |
| | pclm w/ Insured. | 0.1 | 0.35 | phone |
| | Set up File - acknowledgement | 0.2 | | |
| | rcsw PA. Discussed loss | 0.3 | | |
| | r/r email from PA w/ retainer. | 0.1 | | |
| | pcsw JP | 0.2 | 0.35 | Phone |
| | email to JP | 0.1 | | |
| | rcsw JP | 0.1 | | |
| | pcsw PA. | 0.2 | 0.35 | Phone |
| | reviewed coverage | 0.1 | | |
| | r/r advance receipts | 0.1 | | |
| 8/26/2008 | rcsw JP | 0.2 | | |
| | sent Tower info on Enservio | 0.2 | | |
| | OK to use Rubino and Enservio | 0.1 | | |
| | pcsw Rubino | 0.2 | 0.35 | Phone |
| | pcsw Enservio | 0.3 | 0.35 | Phone |
| | r/r Russo Acknowledgment | 0.1 | | |
| 8/27/2008 | r/r acknowledgment from Enservio | 0.1 | | |

| Date | Description | Hours | Amount | Type |
|---|---|---|---|---|
| | rcsw Russo's office. | 0.2 | | |
| | r/r email from Russo | 0.1 | | |
| | rcsw Russo | 0.1 | | |
| | pcsw PA. | 0.2 | 0.35 | Phone |
| | rcsw Tower | 0.1 | | |
| | rcsw PA. | 0.2 | | |
| | r/r email from Russo | 0.1 | | |
| | email to Tower | 0.1 | | |
| | pcsw PA about Power, Restoration, ALE, builders, etc. | 0.3 | | |
| | post-inspection email to Tower. | 0.7 | | |
| | r/r building claim | 0.4 | | |
| 9/12/2008 | r/r estimate from PA. | 0.4 | | |
| | rcsw PA | 0.2 | | |
| | rcsw Enservio people about reserve. | 0.3 | | |
| 9/17/2008 | r/r enservio report | 0.6 | | |
| | pcsw Enservio about DEP | 0.3 | 0.35 | Phone |
| | r/r report from Enservio | 0.2 | | |
| | pcsw Enservio about DEP again | 0.3 | 0.35 | Phone |
| | r/r report from Enservio - still wrong. | 0.2 | | |
| | email to Enservio | 0.4 | | |
| | response. | 0.2 | | |
| 9/24/2008 | upload/sort/save/mount label pics | 0.8 | 39.00 | Photos |
| | property shark report | 0.2 | | |
| | valuation | 0.2 | | |
| | report | 2.5 | | |
| | | | | |
| 9/25/2008 | Email to JP | 0.1 | | |
| 10/14/2008 | pcsw PA. Discussed cooperation of the insured. | 0.3 | 0.35 | Phone |
| | rcsw PA. | 0.1 | | |
| | r/r email from PA to insured. | 0.2 | | |
| 11/29/2008 | r/r email from JP | 0.1 | | |
| | pcsw JP about prelim report. | 0.2 | 0.35 | Phone |
| 12/9/2008 | r/r email from Enservio w/ corrected form | 0.2 | | |
| | r/r rubino report | 0.3 | | |
| | recapitulation | 0.5 | | |
| | r/r board-up bill | 0.1 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | contents recap | 0.2 | | |
| | | revised building estimate | 0.2 | | |
| | | | | | |
| | | dictated second report | 2.0 | | |
| 12/11/2008 | | pcsw PA | 0.2 | 0.35 | Phone |
| | | email to PA | 0.1 | | |
| 12/17/2008 | | rcsw JP. Discussed ALE | 0.2 | | |
| | | pcsw PA. Discussed building and ALE | 0.3 | 0.35 | Phone |
| 1/5/2009 | | r/r email of differences from PA. | 0.3 | | |
| | | responded | 0.1 | | |
| 3/14/2009 | | r/r email from JP | 0.1 | | |
| | | pcsw JP | 0.2 | 0.35 | Phone |
| 3/16/2009 | | pcsw JF | 0.3 | 0.35 | Phone |
| | | r/r email from JF | 0.2 | | |
| | | r/r ALE claim documentation from PA | 3.4 | | |
| | | ALE estiamte | 0.5 | | |
| | | pcsw PA | 0.2 | 0.35 | Phone |
| | | reviewed differences in building claim w/ PA | 0.3 | | |
| | | revised building estimate. | 0.2 | | |
| | | email to PA. | 0.1 | | |
| | | reviewed EMS bills | 0.3 | | |
| 3/18/2009 | | Report Requesting Authority | 3.0 | | |
| | | rcsw PA | 0.1 | | |
| | | revised estimate | 0.1 | | |
| 4/10/2009 | | r/r email from JP | 0.1 | | |
| 4/13/2009 | | pcsw JP | 0.2 | 0.35 | Phone |
| | | Updated valuation | 0.1 | | |
| | | email to Tower | 0.1 | | |
| 4/30/2009 | | r/r email from PA | 0.1 | | |
| | | pclm w/ PA | 0.1 | 0.35 | Phone |
| | | rcsw PA. | 0.1 | | |
| | | pcsw JP | 0.1 | 0.35 | Phone |
| 5/12/2009 | | r/r email from Tower. | 0.1 | | |
| | | pcsw PA | 0.1 | 0.35 | Phone |
| | | reviewed figures. Tower left out ALE | 0.2 | | |
| | | pcsw JP | 0.1 | 0.35 | Phone |

| Date | Description | Hours | Rate | Type |
|---|---|---|---|---|
| | email to PA | 0.1 | | |
| | email to JP | 0.1 | | |
| | Report | 0.5 | | |
| | Interim Invoice | -33.4 | -74.35 | |
| 5/14/2009 | r/r email from JP | 0.1 | | |
| | forwarded to PA | 0.1 | | |
| | rcsw PA | 0.3 | | |
| | r/r email from JF | 0.2 | | |
| | pcsw PA | 0.1 | 0.35 | Phone |
| | email breakdown of building claim to PA | 0.3 | | |
| 6/1/2009 | r/r email from JF | 0.1 | | |
| | pcsw PA | 0.2 | 0.35 | Phone |
| 6/5/2009 | email to JP | 0.1 | | |
| 6/17/2009 | R/R EMAIL FROM PA w/ current mortgagee. | 0.2 | | |
| 6/23/2009 | r/r email from PA w/ proofs attached. | 0.2 | | |
| | forwarded to JP | 0.1 | | |
| | rcsw JP | 0.2 | | |
| 8/25/2009 | r/r email from JP | 0.1 | | |
| | pcsw JP | 0.2 | 0.35 | Phone |
| 8/26/2009 | email to JP | 0.1 | | |
| | pcsw PA | 0.3 | 0.35 | Phone |
| | email to JP | 0.1 | | |
| | r/r copy of email from JP to PA | 0.1 | | |
| | pcsw PA. | 0.2 | 0.35 | Phone |
| | pcsw JP | 0.1 | 0.35 | Phone |
| | pcsw PA and insured. | 0.3 | 0.35 | Phone |
| | email to JP. Mortgage taken over by Chase after sold by citi. | 0.2 | | |
| | r/r email from JP | 0.1 | | |
| 8/28/2009 | pcsw PA. | 0.2 | 0.35 | Phone |
| | reviewed PP claim. Reviewed depreciation. | 0.5 | | |
| | r/r fax from PA w/ specific invoices. Corrolated w/ allowances by Enservio. Made changes where appropriate. | 1.8 | | |
| | email to Jarrod. | 0.1 | | |
| | emailed to JP | 0.1 | | |
| | rcsw PA | 0.3 | 0.35 | Phone |
| | r/r email from JP | 0.1 | | |
| | r/r email from PA | 0.1 | | |

| | | | | |
|---|---|---|---|---|
| | responded. | 0.1 | | |
| | rcsw JP | 0.2 | | |
| | email to PA. | 0.1 | | |
| 10/21/2009 | r/r email from PA> | 0.1 | | |
| | pclm w/ PA | 0.1 | 0.35 | Phone |
| | faxed to PA | 0.1 | 0.35 | Phone |
| 11/2/2009 | pcsw PA. | 0.2 | 0.35 | Phone |
| | email to PA | 0.1 | | |
| | pcsw JP | 0.2 | 0.35 | Phone |
| | pcsw PA | 0.1 | 0.35 | Phone |
| | email to JP | 0.1 | | |
| 11/3/2009 | r/r email from PA. | 0.1 | | |
| | revised estimate. | 0.2 | | |
| | email to PA. | 0.1 | | |
| | email from PA. | 0.1 | | |
| 11/25/2009 | email from PA> | 0.1 | | |
| | responded. | 0.1 | | |
| | email to PA. | 0.1 | | |
| | email from PA w/ AP. | 0.1 | | |
| | email from PA. | 0.1 | | |
| | email to PA - dep is not recoverable. | 0.1 | | |
| 12/3/2009 | report requesting auth for PP | 1.5 | | |
| 1/1/2010 | r/r email from JP | 0.1 | | |
| | responded. | 0.1 | | |
| 1/4/2010 | email from PA> | 0.1 | | |
| 1/5/2010 | email to JP | 0.1 | | |
| 1/19/2010 | r/r email from PA | 0.1 | | |
| | pcsw JP | 0.1 | 0.35 | Phone |
| 2/3/2010 | r/r from JP w/ auth | 0.1 | | |
| | email to PA | 0.1 | | |
| | email from PA | 0.1 | | |
| | email to PA | 0.1 | | |
| | email from pa | 0.1 | | |
| | pcsw PA. | 0.1 | 0.35 | Phone |

| | | | | |
|---|---|---|---|---|
| | | 12.4 | 5.60000000 | |
| | | | 0 | |

[www.**msw**claims.com](www.mswclaims.com)