UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Case No. 23-40070-NHL

IN RE:

HYACINTH SIMMS

      Debtor,

------------------------------------------------------------------------X  Adv. Pro. No. 23-01070-NHL

HYACINTH SIMMS,

      Plaintiff,  **NOTICE OF MOTION TO DISMISS THE COMPLAINT BY DEFENDANT CJ RUBINO & COMPANY, INC. PURSUANT FED. R. CIV. P. 12(b)(6) AND FED. R. BANKRP. P. 7012**

  -against-

JP MORGAN CHASE BANK, TOWER GROUP, INC.
MORANT INSURANCE AGENCY INC., AFFILIATED
ADJUSTMENT GROUP LTD., ASSURANT PROPERTY   CHAPTER 13
ADVANTAGE A/K/A ASSURANT SPECIALTY   HON. NANCY H.
PROPERTY'S LENDING, SOLUTIONS GROUP, C.J.   LORD
RUBINO & COMPANY, INC., MSW ADJUSTMENT
GROUP, INC., DG CUSTOM BUILT HOMES &
REMODELING,

      Defendants.
------------------------------------------------------------------------X

TO (Via E-File):
DAHIYA LAW OFFICES, LLC
karam@dahiya.law
Karamvir Dahiya, Esq.
75 Maiden Lane, Suite 606
New York, NY 10038
Attorneys for Plaintiff
212-766-8000

**PLEASE TAKE NOTICE** that Defendant CJ RUBINO & COMPANY, INC. (hereinafter "CJ Rubino") by and through its attorneys, Tyson & Mendes, LLP, shall move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, at the courthouse thereof, located at 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-180, on **January 16, 2023 at 2:00 pm**, via Zoom, for an Order:

1. Dismissing the Complaint filed by Plaintiff, Hyacinth Simms ("Plaintiff"), with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure; and

2. Granting CJ Rubino such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that if you wish to appear, you must register your appearance on eCourt appearances located on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl Appearances must be entered no later than 48 hours before the hearing unless otherwise instructed by chambers.

**NOTE**: Parties who are unable to participate by Zoom may participate by telephone. To participate by telephone, you must contact Chambers at least 24 hours in advance of the hearing and provide the following:

- Name
- Case Number
- Email Address
- Telephone contact number
- Your role in the matter scheduled

Parties that wish listen-only access shall indicate such when registering their appearance through the Electronic Appearance Portal located on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, CJ Rubino will rely upon the accompanying Memorandum of Law, Affirmation of Daniel El Arnaouty, Esq., with exhibits.

**PLEASE TAKE FURTHER NOTICE** that answering affidavits, if any, are required to be served upon the undersigned at least seven (7) days before the return date of this motion.

Dated: New York, New York
December 11, 2023

                Yours, etc.
                **TYSON & MENDES, LLP**

By: *Daniel El Arnaouty*
Daniel El Arnaouty, ESQ.
Attorneys for Defendant
C.J. RUBINO & COMPANY, INC.
420 Lexington Ave., Suite 2800
New York, NY 10017
929-282-4834

TO (Via E-File):
DAHIYA LAW OFFICES, LLC
karam@dahiya.law
Karamvir Dahiya, Esq.
75 Maiden Lane, Suite 606
New York, NY 10038
Attorneys for Plaintiff
212-766-8000