UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Case No. 23-40070-NHL

IN RE:

HYACINTH SIMMS

                  Debtor,

------------------------------------------------------------------------X  Adv. Pro. No. 23-01070-NHL

HYACINTH SIMMS,

                  Plaintiff,  **AFFIRMATION OF DANIEL EL ARNAOUTY ESQ., IN SUPPORT OF DEFENDANT CJ RUBINO & COMPANY, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT FED. R. CIV. P. 12(b)(6) AND FED. R. BANKRP. P. 7012**

    -against-

JP MORGAN CHASE BANK, TOWER GROUP, INC.
MORANT INSURANCE AGENCY INC., AFFILIATED
ADJUSTMENT GROUP LTD., ASSURANT PROPERTY  CHAPTER 13
ADVANTAGE A/K/A ASSURANT SPECIALTY  HON. NANCY H.
PROPERTY'S LENDING, SOLUTIONS GROUP, C.J.  LORD
RUBINO & COMPANY, INC., MSW ADJUSTMENT
GROUP, INC., DG CUSTOM BUILT HOMES &
REMODELING,

                  Defendants.
------------------------------------------------------------------------X

    Daniel El Arnaouty, Esq. an attorney duly admitted to this Court, do hereby affirm the following pursuant to 28 U.S.C. §1746:

    1.    I am an Associate attorney with the law firm of Tysin & Mendes, LLP, attorneys for Defendant C.J. Rubino & Company, Inc. (hereinafter "CJ Rubino"), in the above-captioned matter.

2. I submit this affirmation in support of CJ Rubino's instant Motion to Dismiss the Plaintiff, Hyacinth Simms' (hereinafter "Plaintiff") Complaint with prejudice as against CJ Rubino pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, which is made applicable to this Adversary Proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

3. Annexed hereto as **Exhibit "A"** is the March 28, 2016 Summons and Complaint in an action commenced in Supreme Court, Nassau County under Index No. 602058/2016 (the "2016 Action") by the Plaintiff. The Plaintiff has proffered the same claims as against CJ Rubino in her 2016 Action as she has now in the instant adversary proceeding before the Court.

4. A motion to dismiss the 2016 Action due to the Plaintiff's failure to prosecute said 2016 Action resulted in the Court's Decision and Order, dated April 24, 2019, which wholly dismissed the Plaintiff's 2016 Action as against all parties, which naturally included CJ Rubino. A copy of the Court's April 24, 2019 Decision and Order is annexed hereto as **Exhibit "B"**.

5. The Plaintiff has now commenced the instant adversary proceeding in which she alleges the same causes of action she initially proffered in her 2016 Action. A copy of the Plaintiff's Summons and Complaint in the instant adversary proceeding before the Court is annexed hereto as **Exhibit "C"**.

6. CJ Rubino timely filed an Answer to the Plaintiff's Complaint herein, denying any and all allegations of improper actions or negligence on CJ Rubino's behalf. A copy of CJ Rubino's Answer to the Plaintiff's instant Complaint is annexed hereto as **Exhibit "D"**.

Dated: New York, New York
December 11, 2023

                                              Yours, etc.
                                              **TYSON & MENDES, LLP**

                        By:      *Daniel El Arnaouty*
                                Daniel El Arnaouty, ESQ.
                                Attorneys for Defendant
                                C.J. RUBINO & COMPANY, INC.
                                420 Lexington Ave., Suite 2800
                                New York, NY 10017
                                929-282-4834

TO (Via E-File):
DAHIYA LAW OFFICES, LLC
karam@dahiya.law
Karamvir Dahiya, Esq.
75 Maiden Lane, Suite 606
New York, NY 10038
Attorneys for Plaintiff
212-766-8000