UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X   Case No. 23-40070-NHL

IN RE:

HYACINTH SIMMS

                      Debtor,

------------------------------------------------------------------------X   Adv. Pro. No. 23-01070-NHL

HYACINTH SIMMS,

                      Plaintiff,    **ORDER DISMISSING PLAINTIFF'S COMPLAINT AS AGAINST DEFENDANT CJ RUBINO & COMPANY, INC., WITH PREJUDICE**

    -against-

JP MORGAN CHASE BANK, TOWER GROUP, INC.
MORANT INSURANCE AGENCY INC., AFFILIATED
ADJUSTMENT GROUP LTD., ASSURANT PROPERTY    CHAPTER 13
ADVANTAGE A/K/A ASSURANT SPECIALTY            HON. NANCY H.
PROPERTY'S LENDING, SOLUTIONS GROUP, C.J.     LORD
RUBINO & COMPANY, INC., MSW ADJUSTMENT
GROUP, INC., DG CUSTOM BUILT HOMES &
REMODELING,

                      Defendants.
------------------------------------------------------------------------X

**THIS MATTER** having been opened to the Court upon the Notice of Motion by Defendant, CJ RUBINO & COMPANY, INC. (hereinafter "CJ Rubino"), for Dismissal of the Complaint filed by Plaintiff, Hyacinth Simms, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, and with the Court having carefully reviewed and considered all moving and opposing papers; and finding good cause existing for the entry hereof,

IT IS on this _____ day of _____, 2024, **ORDERED THAT**:

1. CJ Rubino's Motion be and same is hereby granted in its entirety;

2. The Complaint including each and every cause of action therein shall be dismissed as against CJ Rubino, with prejudice.

_____

Hon. Nancy Hershel Lord, U.S.B.J